**Opinion issued October 29, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00007-CV

———————————

**CAROLYN JOHNSON-THOMAS, Appellant**

**V.**

**EZRA THOMAS, III, Appellee**

---

**On Appeal from the 310th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-00630**

---

### MEMORANDUM OPINION

Appellant, Carolyn Johnson-Thomas, proceeding *pro se*, appealed from the

trial court's final decree of divorce, signed on December 31, 2014. *See* TEX. R.

APP. P. 26.1(a)(1). However, appellant has neither paid the required filing fee nor

established indigence for purposes of appellate costs. *See id.* at 5, 20.1; *see also*

TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041(1) (West 2013), §101.0411 (West Supp. 2014); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013). After this Court's Order and Notice of Intent to Dismiss, issued on April 9, 2015, notified appellant that her appeal was subject to dismissal for failure to pay the filing fee, appellant failed to timely respond. *See* TEX. R. APP. P. 5, 42.3(c).

Accordingly, we **dismiss** the appeal for want of prosecution for nonpayment of the required filing fee. *See* TEX. R. APP. P. 5, 42.3(b), (c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Lloyd.